UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20209-CR-SEITZ

UNITED STATES OF AMERICA,

v.

FREDDY CHICO,
_____/

## ORDER REINSTATING SUPERVISED RELEASE AND MODIFYING SPECIAL CONDITIONS

This matter came before the Court on March 18, 2008, for hearing on final revocation of Defendant Freddy Chico's supervised release. Having considered the Defendant's explanations of the facts and circumstances relating to his arrests as set forth in the Petition filed November 21, 2007, and having heard argument of counsel and being otherwise fully advised as to Defendant's otherwise very compliant behavior on supervised release, it is

ORDERED that the Petition to Revoke Defendant Freddy Chico's Supervised Release is DENIED. It is further

ORDERED that the Special Conditions of Supervised Release are MODIFIED as follows:

The defendant shall have his driver's license restored by August 2008.

IT IS FURTHER ORDERED that all other provisions of the Judgment entered August 30, 2005, shall remain in full force and effect.

DONE AND ORDERED in Miami, Florida this 20th day of March, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Cora Bencomo, USPO